

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-15-00043-CV

Carlos M. **REYES** and Molly Reyes,
Appellants

v.

Bill W. **BELL** Sr. and Bill Bell Jr.,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 10-09-49378-CV
Honorable Richard C. Terrell, Judge Presiding

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed: June 24, 2015

DISMISSED

A copy of appellants' notice of appeal was filed in this court on January 30, 2015. The clerk of this court notified the appellants in writing that our records did not reflect that the filing fee in the amount of $195.00 was paid. In addition, the trial court clerk notified this court that the clerk's record had not been filed because appellants had not paid for the clerk's record. Our records do not contain any evidence that appellant is excused by statute or rule from paying the filing fee. *See* TEX. R. APP. P. 5, 20.

On June 3, 2015, we issued a show cause order directing appellants to show cause in writing within ten days of the date of our order why this appeal should not be dismissed for failure to pay the filing fee. *See* TEX. R. APP. P. 5, 42.3(c). Appellants have not responded to our order. Because appellants have failed to pay the filing fee required to pursue this appeal, the appeal is dismissed. *See* TEX. R. APP. P. 5, 42.3(c).

PER CURIAM